UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | MAGISTRATE DOCKET NO. 00-99-LPC |
| ) | |
| ) | |
| AARON GRUSBY ) | |

STATUS REPORT

In accordance with the Court's Conditional Order of Dismissal (February 7, 2005), the United States of America hereby requests that the above-entitled case remain open. As the basis for maintaining this action, the government states that the complaint in this case charges the defendant with bank fraud, in violation of 18 U.S.C. § 1344. The scheme described in the complaint defrauded several victims who remain available to testify and whose rights remain to be vindicated. The defendant has been a fugitive since the issuance of the complaint. The government intends to present the case to the Grand Jury for indictment promptly upon the defendant's apprehension.

For these reasons, the government requests that the above-entitled case remain open.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ John A. Capin
_____
JOHN A. CAPIN
Assistant U.S. Attorney
(617) 748-3264