

CLARENCE MADDOX,
CLERK OF COURT
301 N. Miami Ave
Miami, Florida 33128
305-523-5280

FILED
IN CLERKS OFFICE

2006 JUL -7  P 3:48

U.S. DISTRICT COURT
DISTRICT OF MASS.

TRANSMITTAL LETTER

TO:     UNITED STATES DISTRICT COURT
        UNITED STATES COURTHOUSE
        ONE COURTHOUSE WAY, STE. 2300
        BOSTON, MASS  02210

RE:     U.S.A. vs GRUSBY

        OUR CASE NUMBER 06-2710-DUBE'
        YOUR CASE NUMBER 00-M00099-LPC

DATE:   07/05/06

================================================================

The above-mentioned cause has been transferred to your jurisdiction pursuant to
                    (Rule 20, 21(b), Rule 40, 18:3653)

Please find enclosed the following documents:

    __XX__      Original file

    _____      Certified File (pertinent papers only)

    _____      Magistrate Proceedings

    _____      CASH Bond  Amount $_____
                (Note: Cash is not included in this transmittal and will
                be forwarded at a later date from the Financial Section)

Kindly acknowledge receipt of these documents by RECEIVE STAMPING the enclosed copy of this letter.

Yours sincerely



By  **COLETTE FARRINGTON**
         Deputy Clerk

CLOSED

U.S. District Court
Southern District of Florida (Miami)

CRIMINAL DOCKET FOR CASE #: 06-M-2710-ALL

USA v. Grusby                                              Filed: 07/03/06
Dkt# in other court: None

Case Assigned to: Magistrate Judge Robert L. Dube

AARON GRUSBY (1), DOB:            Public Defender
9/20/59 Prisoner #76766-004         [term  07/03/06]
    defendant                     FTS 536-4559
  [term  07/03/06]                305-530-7000
                                  [COR LD NTC pda]
                                  Federal Public Defender's
                                  Office
                                  150 W Flagler Street
                                  Miami, FL 33130-1556
                                  305-530-7000

Pending Counts:

   NONE

Terminated Counts:

   NONE


Complaints                              Disposition

Criminal Complaint No. 00-
M00099- for District of
Massachuesetts charging the
defendant with knowingly
executing a scheme to obtain
moneys under the custody and
control of federally insured
financial institution


Docket as of July 3, 2006 6:18 pm              Page 1

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk
U.S. District Court
Southern District of Florida
By K. Russ
Deputy Clerk
Date 7-3-06

```
Proceedings include all events.
1:06m 2710-ALL USA v. Grusby                                              CLOSED

AARON GRUSBY, DOB: 9/20/59 Prisoner #76766-004
            defendant


===========================
USA
            plaintiff

U. S. Attorneys:
   NONE
```

```
Proceedings include all events.
1:06m 2710-ALL USA v. Grusby                                    CLOSED

6/29/06   --    ARREST (Rule 40) ∆of Aaron Grusby  for District of
                Massachusetts (ks) [Entry date 07/03/06]

7/3/06    1     COPY OF CRIMINAL COMPLAINT in District of Massachusetts by
                USA as to Aaron Grusby (ks) [Entry date 07/03/06]

7/3/06    2     REPORT Commencing Criminal Action as to Aaron Grusby  DOB:
                9/20/59  Prisoner # 76766-005 (ks) [Entry date 07/03/06]

7/3/06    3     ORDER on Initial Appearance as to Aaron Grusby Bond set to
                STIPULATED PRE-TRIAL DETENTION for Aaron Grusby., for
                Appointment of Public Defender defendant waives removal
                hearing and is ordered removed to the District of
                Massachusetts ,  ( Signed by Magistrate Judge Robert L.
                Dube on 7/3/06) Tape # 06H-52-879 CCAP (ks)
                [Entry date 07/03/06]

7/3/06    4     STIPULATED ORDER OF DETENTION as to Aaron Grusby ( Signed
                by Magistrate Judge Robert L. Dube on 7/3/06) Tape #
                06H-52-879 CCAP (ks) [Entry date 07/03/06]

7/3/06    5     WAIVER of Rule 40 Hearings by Aaron Grusby (ks)
                [Entry date 07/03/06]

7/3/06    6     WARRANT of REMOVAL by USA as to Aaron Grusby to District of
                Massachusetts (ks) [Entry date 07/03/06]
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-2710-DUBE

UNITED STATES OF AMERICA

v.   **WARRANT OF REMOVAL**

AARON GRUSBY 76766-004
_____

        A(n)  __X__  Complaint

        _____  Indictment  _____ Information

        _____  Probation Violation Warrant

        __X__  Bench Warrant

having been filed in the_____ District of __MASS__

Division_____ charging the above named defendant with

__BANK FRAUD_____ and the defendant having

      _____ surrendered

      __X__ been arrested

in the Southern District of Florida, having had an initial appearance before the Court and having:

      __X__ waived further hearing

      _____ been given a hearing in accordance with **Fed.R.Crim.P. 40**.

having not posted the bail as set by the Court, the defendant is hereby committed to the custody of the United States Marshal for removal to the District where the charge is pending and delivery to the United States Marshal for that District or his lawfully authorized representative.

    **DONE AND ORDERED** at Miami, Florida this 3rd day of July, 2006.

TAPE NO. 06H-52-879

ROBERT L. DUBÉ

UNITED STATES MAGISTRATE JUDGE
ROBERT L. DUBE

c:Defendant (AFPD)
  U.S. Marshal, Pretrial Services
  AUSA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-2710-Duke

UNITED STATES OF AMERICA,

vs.

**WAIVER OF REMOVAL HEARING**

Aaron Grusby

I, Aaron Grusby, charged in a proceeding pending in the District of Massachusetts, with violation of Bank Fraud and having been arrested in the Southern District of Florida and taken before ROBERT L. DUBE a United States Magistrate Judge for that district, who informed me of the charge and of my right to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have a hearing or execute a waiver thereof, do hereby waive a hearing before the aforementioned magistrate judge and consent to the issuance of a warrant for my removal to the District of Massachusetts where the aforesaid charge is pending against me.

FILED BY ___ D.C.
2006 JUL -3 PM 4:50
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIA

X _aaron a. Grusby_
Signature of defendant

Witness.

_____
UNITED STATES MAGISTRATE JUDGE
ROBERT L. DUBE

Dated: 7-3-06

Tape No: 06H-52-879

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-2710-Dube'

UNITED STATES OF AMERICA

    Plaintiff,

vs.

Aaron Grusky

    Defendant.

Stipulated ORDER

Pursuant to the Bail Reform Act, a detention hearing was held this date in accordance with 18 U.S.C. Section 3142(f). At the conclusion of the evidentiary hearing, the findings of fact and conclusions of law required by the Act were dictated into the record. It is thereupon

**ORDERED AND ADJUDGED** as follows:

1. The Defendant __above named__ shall be detained pending trial in this case for the reasons stated on the record by the Court. The Defendant was found to be a :

RISK OF FLIGHT and/or DANGER TO THE COMMUNITY

2. A final Order of Detention memorializing the dictated findings and conclusions shall be entered forthwith.

    **DONE AND ORDERED** in Miami, Florida this _3_ day of _July_, 200_6_.

TAPE NO. 06A-52-879

_____
UNITED STATES MAGISTRATE JUDGE
ROBERT L. DUBE

c: AUSA
Defense Counsel
Pretrial Services
U.S. Marshal

* no Hearing held

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __06-2710-DUBE'__

UNITED STATES OF AMERICA

       Plaintiff,

v.

**AARON GRUSBY**

DOB: 09/20/59    (J)76766-004
       Defendant.
_____/

**ORDER ON INITIAL APPEARANCE**

AUSA __R Hummel__    Language __English__
Agent FBI _____    Tape No. 06H - __52-879__

    The above-named defendant having been arrested on __06/29/06__ having appeared before the court for initial appearance on __7/03/06__ and proceedings having been held in accordance with **Fed.R.Cr.P. r. 5 or 40(a)**, it is thereupon
    **ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
    Address: _____
    Zip Code: _____ Telephone: _____
2. __AFPD - E CARIUS__ appointed as permanent counsel of record.
    Address: _____
    Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 a.m. on _____, 2006.

4. Arraignment/Preliminary/Removal/Identity hearing is set for __10am Waived 7/3__, 2006.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because __Stipulation to PTD__

A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for __10am__, 2006.

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:

_____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

3

AARON GRUSBY

____a. Surrender all passports and travel document to the Pretrial Services Office.
____b. Report to Pretrial Services as follows:____time(s) a week in person; ____time(s) a week by phone;
     ____ as directed; other_____
____c. Submit to random urine testing and/or treatment by Pretrial Services for the use of non-physician-prescribed
     substances prohibited by law.
____d. Maintain or actively seek full time gainful employment.
____e. Maintain or begin an educational program.
____f. Avoid all contact with victims of or witnesses to the crimes charged.
____g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
____h. Comply with the following curfew: _____
____i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
____j. Comply with the following additional special conditions of this bond:

_____
_____

This bond was set: At Arrest _____
                   On Warrant _____
                   After Hearing _____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____
_____
_____

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Miami, Florida this ___3RD___ day of ___JULY___, 2006.

ROBERT L. DUBE
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
   Defense Counsel
   Pretrial Services/Probation




# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>-vs-<br><br>AARON GRUSBY<br>Defendant | CASE NUMBER: CR: 06-2710-Aube'<br><br>REPORT COMMENCING CRIMINAL ACTION<br><br>76766-004<br>USMS NUMBER |

FILED by _____ D.C.
MAG. SEC.

TO: CLERK'S OFFICE    (MIAMI)    FT. LAUDERDALE    W. PALM BEACH
U.S. DISTRICT COURT                (CIRCLE ONE)

JUL - 3 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE.

---

COMPLETE ALL ITEMS. INFORMAION NOT APPLIOCABLE ENTER  N/A.

(1) DATE AND TIME OF ARREST: 6/29/06    2:30    AM ____  PM ✓

(2) LANGUAGE SPOKEN: English / Spanish / Hebrew

(3) OFFENSE (S) CHARGED: 18 USC 1344(2) BANK FRAUD

(4) DATE OF BIRTH: 9-20-1959

(5) TYPE OF CHARGING DOCUMENT:    (CHECK ONE)
   { } INDICTMENT    [X] COMPLAINT TO BE FILED/ALREADY FILED
   { } BENCH WARRANT FOR FAILURE TO APPEAR
   { } PROBATION VIOLATION WARRANT
   { } PAROLE VIOLATION WARRANT
   ORINGINATING DISTRICT: Massachusetts.

(6) REMARKS: _____

(7) DATE: 6/30/06    (8) ARRESTING OFFICER: PAUL C. BLOMER

(9) AGENCY: FBI    (10) PHONE: 305-944-9101

(11) COMMENTS: _____

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

COPY

UNITED STATES OF AMERICA

V.

Aaron Grusby
73 Abbot Avenue
Everett, MA

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 00-m00099-CWC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____March-May 2000_____ in _____Essex_____ County, in the _____ District of _____Massachusetts_____ defendant(s) did, (Track Statutory Language of Offense)

knowingly execute a scheme to obtain moneys under the custody and control of federally insured financial institutions by means of false and fraudulent pretenses, representations and promises

in violation of Title ___18___ United States Code, Section(s) ___1344(2)___

I further state that I am a(n) _____Special Agent, FBI_____ and that this complaint is based on the following
                                    Official Title

facts:

see attached affidavit of Edward G. Rodrick, Jr.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant
EDWARD G. RODRICK, JR.

Sworn to before me and subscribed in my presence,

___August 22, 2000___ at ___Boston, MA___
Date                                              City and State

LAWRENCE P. COHEN
UNITED STATES MAGISTRATE JUDGE          _____
Name & Title of Judicial Officer                 Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

SCANNED                    ** TOTAL PAGE.03 **

FILED by _____ D.C.
MAG. SEC.
JUL - 3 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Aaron Grusby
73 Abbot Avenue
Everett, MA

## WARRANT FOR ARREST

CASE NUMBER: 00-M0099-LPC
06-2710-Dubé

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Aaron Grusby _____
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

bank fraud

FILED by ___ D.C.
MAG. SEC.
JUL - 3 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

in violation of Title _____ 18 _____ United States Code, Section(s) 1344(2)

| LAWRENCE P. COHEN | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Lawrence P. Cohen | August 22, 00   Boston, MA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
                                                  Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.