UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

AARON GRUSBY

MJ 00-00099LTS

Defendant

## APPOINTMENT OF FEDERAL DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is hereby ORDERED that **SYRIE FRIED** of the Federal Defender Office for the District of Massachusetts be appointed, effective as of **JULY 21, 2006** to represent said defendant in this cause until further order of the Court.

SARAH ANN THORNTON
CLERK OF COURT

By:   /s/ Maria Simeone
      Courtroom Deputy
      The Honorable Leo T. Sorokin

DATE: JULY 21, 2006