AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

Grusby

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 00 MJ 99

I, __Aaron Grusby__, charged in a ☒ complaint ☐ petition pending in this District _____

in violation of ____18____, U.S.C., § 1344 ,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☒ examination ☐ hearing , do hereby waive (give up) my right to a preliminary ☒ examination ☐ hearing.

7/26/06
Date

Aaron Alan Grusby
Defendant

_____
Counsel for Defendant