AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Aaron Grusby
73 Abbot Avenue
Everett, MA

**WARRANT FOR ARREST**

CASE NUMBER: 00-M00099-LPC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Aaron Grusby___
                                          Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)

bank fraud

in violation of Title ___18___ United States Code, Section(s) ___1344(2)___

| LAWRENCE P. COHEN | UNITED STATES MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Lawrence P. Cohen | August 22, 00  Boston, MA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY FBI Bogata Colombia
ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 6/29/06

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.